**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHAD HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 6:14-cv-00207-KEW |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, CHAD HENDERSON ("Plaintiff"), through Plaintiff's attorney, Victor R. Wandres, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,


By:  /s/ Victor R. Wandres
      Victor R. Wandres, OBA #19591
      4835 South Peoria Ave., Suite 1
      Tulsa, OK 74103
      Tel: 918-200-9272
      victor@paramount-law.net
      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On June 4, 2014, the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

By: /s/ Victor R. Wandres

Victor R. Wandres, OBA #19591