UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAD HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 6:14-cv-00207-KEW |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) GC SERVICES, LP pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

By: /s/ Victor R. Wandres
Victor R. Wandres, OBA #19591
4835 South Peoria Ave.
Suite 1
Tulsa, OK 74103
Tel: (918) 200-9272
victor@paramount-law.net
Attorney for Plaintiff
Dated: June 16, 2014

By: /s/ Scott R. Helton
Scott R. Helton
100 W 5th Street
Suite 900
Tulsa OK 74103 4292
(918) 581-5526
shelton@praywalker.com
Attorney for Defendant
Dated: June 16, 2014